# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKEY ANDERSON

NO. 2022 KW 0570

**OCTOBER 20, 2022**

---

In Re: Rickey Anderson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-03187.

---

**BEFORE: McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT GRANTED** for the sole purpose of transferring to the district court for a reopened hearing for development of the record on the claim the investigating officer improperly continued questioning relator following his unambiguous invocation of his right to counsel during his custodial interrogation. See **Edwards v. Arizona**, 451 U.S. 477, 481-85, 101 S.Ct. 1880, 1883-85, 68 L.Ed.2d 378 (1981); **Miranda v. Arizona**, 384 U.S. 436, 444-45, 86 S.Ct. 1602, 1612, 16 L.Ed.2d 694 (1966).

JMM
PMc
GH

COURT OF APPEAL, FIRST CIRCUIT

a.Cn

DEPUTY CLERK OF COURT
FOR THE COURT